UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| RICHARD T. NG, | ) | NO. CV 11-9802 AG (PLAx) |
| Plaintiff, | ) | |
| v. | ) | <u>JUDGMENT</u> |
| HENRY M. PAULSON, JR. ET AL, | ) | |
| Defendants. | ) | |

    IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff shall take nothing and Judgment is granted in favor of the Defendants for the reasons set forth in the Court's July 23, 2012 Order Granting Defendants' Motion to Dismiss. Defendants shall recover their costs.

Dated this 16th day of August, 2012.

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

ANDRÉ BIROTTE JR.
United States Attorney

```
1  LEON W. WEIDMAN
   Assistant United States Attorney
2  Chief, Civil Division

3          /s/ MMK
   MARCUS M. KERNER
4  Assistant United States Attorney

5  Attorneys for Defendants
```